# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-05025 SJO (AGRx) | Date | September 5, 2017 |
| Title | Pascal C. Lorange v. BMW of North America, LLC et al | | |

Present: The Honorable **S. JAMES OTERO**

| Victor Paul Cruz | Carol Zurborg | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Richard L. Stuhlbarg

**Proceedings:**     SCHEDULING CONFERENCE

Matter called.

Plaintiff is not present.

Matter placed on second call.

Matter recalled at 9:00 a.m.

Plaintiff is not present and has not notified the Court why he is not present. The Court Orders this case dismissed for Plaintiff's failure to appear.

JS-6

    :     0/02

Initials of Preparer     vpc